**Dismissed and Opinion Filed December 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00597-CV

**JAX LOGISTICS DEDICATED SERVICES, INC., Appellant**
**V.**
**SOUTHWEST INTERNATIONAL TRUCKS, INC. D/B/A SOUTHWEST INDEALEASE,**
**Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-01152**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Appellant's brief in this case is overdue. By postcard dated July 18, 2017, we notified appellant the time for filing its brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


170597F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAX LOGISTICS DEDICATED
SERVICES, INC., Appellant

No. 05-17-00597-CV      V.

SOUTHWEST INTERNATIONAL
TRUCKS, INC. D/B/A SOUTHWEST
INDEALEASE, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-01152.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SOUTHWEST INTERNATIONAL TRUCKS, INC.
D/B/A SOUTHWEST INDEALEASE recover its costs of this appeal from appellant JAX
LOGISTICS DEDICATED SERVICES, INC..

Judgment entered December 7, 2017.